■ In the Matter of BURTON N. PUGACH, Petitioner, v. CHARLES D. TIERNEY, as a Justice of the Supreme Court of the State of New York, County of Bronx, et al., Respondents.

666

Concur — Stevens, J. P., Eager, Rabin, McNally and McGivern, JJ.